UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNETH FRIEDMAN,<br><br>  Petitioner,<br><br>  v.<br><br>JAMES COX, *et al.*,<br><br>  Respondents. | Case No. 2:15-00380-RFB-CWH<br><br>**<u>ORDER</u>** |

This case is before the Court on Petitioner Kenneth Friedman's Renewed Motion to Stay. ECF No. 9. In his motion, Friedman seeks a stay of this proceeding pending a ruling by the Nevada Supreme Court on his habeas and illegal sentence claims. Based upon the reasons offered by Friedman in his motion, the Court finds that there is good cause to stay his habeas corpus petition. Therefore,

**IT IS ORDERED** that Petitioner Kenneth Friedman's Renewed Motion to Stay (ECF No. 9) is GRANTED. Petitioner shall submit status reports to this Court every 60 days advising of the status of his proceedings in the Nevada Supreme Court.

**DATED**: <u>August 1, 2016</u>.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**