UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH FRIEDMAN,

    *Petitioner*,

vs.

JAMES COX, *et al.,*

    *Respondents*.

Case No. 2:15-cv-00380-RFB-CWH

**ORDER**

This represented habeas matter under 28 U.S.C. § 2254 comes before the Court on an emergency motion (ECF No. 34) for an extension filed by petitioner in proper person.

Petitioner seeks an extension of time to respond to the order directing that petitioner, through counsel, show cause why the petition should not be dismissed as a successive petition. Petitioner is represented by retained counsel. Petitioner maintains that he has been unable to communicate with counsel telephonically due to sundry circumstances. In this one instance the Court will permit petitioner to request additional time to respond rather than his counsel given the explanation offered. **In the future all motions MUST be made by petitioner's counsel.**

IT THEREFORE IS ORDERED that petitioner's proper person emergency motion (ECF No. 34) for an extension of time is GRANTED. **Petitioner shall have until January 3, 2018 to file his response to the Court's Order To Show Cause.**

IT IS FURTHER ORDERED that petitioner's First Motion to Extend Time (ECF No. 35) is DENIED as moot.

The Clerk shall SEND an additional copy of this order to the petitioner at the address reflected in ECF No. 34 along with a copy of counsel's notice of appearance (ECF No. 31) containing her contact information, and the Clerk shall note said additional transmittal to the petitioner in proper person in a manner consistent with the Clerk's current practice for such matters.

DATED: December 6, 2017

_____
RICHARD F. BOULWARE, II
United States District Judge