UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN, | Case No. 2:15-cv-00380-RFB-CWH |
| *Petitioner*, | **ORDER** |
| vs. | |
| JAMES COX, *et al.,* | |
| *Respondents*. | |

This represented habeas matter under 28 U.S.C. § 2254 comes before the Court following upon two filings by counsel who has not properly been substituted as counsel of record in this matter.

The record reflects that Lisa Rasmussen remains as petitioner's counsel of record in this matter. On March 13, 2018, Christopher Oram filed a notice of appearance. On May 8, 2018, Mr. Oram filed a status report on behalf of petitioner as petitioner's purported counsel of record. (See ECF Nos. 40 & 41.) Local Rule LR IA 11-6 provides a specific procedure for withdrawal and/or substitution of counsel. The rule does not permit a different attorney to simply file a notice of appearance and begin representing a party as counsel of record. Nothing in the current record reflects that Mr. Oram merely is an associate in Ms. Rasmussen's office or otherwise is seeking to appear as co-counsel. The special rule under Local Rule LSR 3-6 for substitution of a deputy attorney general or assistant federal public defender in a habeas action does not apply in this action, as neither Mr. Rasmussen nor Mr. Oram are with the federal public defender. Petitioner's counsel instead is retained. Nor has

| | |
|---|---|
| 1 | the Court been made aware of any exigency that would warrant waiving full compliance with |
| 2 | the local rule, as was the case following upon the late Mr. Potter's health issues. (Cf. ECF No. |
| 3 | 33, at 1.) |
| 4 | IT THEREFORE IS ORDERED that Mr. Oram shall have **thirty (30) days** from entry |
| 5 | of this order within which to present a filing seeking substitution or other relief that fully |
| 6 | complies with Local Rule LR IA 11-6. If he fails to timely comply fully with the requirements |
| 7 | of the local rule, he will be terminated as counsel on the docket sheet and all filings submitted |
| 8 | under his signature will be stricken. If Mr. Oram is seeking to appear only as co-counsel, all |
| 9 | filings hereafter by petitioner shall reflect such joint representation. |
| 11 | DATED: May 8, 2018. |

RICHARD F. BOULWARE, II
United States District Judge